IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:02CR3150 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ZI QIAO LIN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The government has moved to dismiss the indictment filed against Zi Qiao Lin, filing #5.

Accordingly, said indictment against Zi Qiao Lin is dismissed without prejudice.

IT IS SO ORDERED this 9th day of August, 2006.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge